## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Fit Body Boot Camp, Inc.
                              Plaintiff,

v.                                            Case No.: 1:22−cv−06025
                                                       Honorable LaShonda A. Hunt

Marcus Clark, et al.
                              Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 26, 2023:

      MINUTE entry before the Honorable LaShonda A. Hunt: Motion hearing held telephonically. Neither Defendant Clark nor Defendant Mills appeared to provide testimony at the prove−up hearing on damages, although their counsel Paul Sanders was present. For the reasons stated on the record, Plaintiff's Motion for Default Judgment and Permanent Injunction with Incorporated Memorandum of Law [25] is granted, except the Court declines to further extend the post−termination noncompete provision. Signed order to follow. The Court reserves jurisdiction to award reasonable attorney's fees and costs pursuant to the parties' Franchise Agreement. Plaintiff's submission for fees and costs is due by 10/3/23. The Court will rule by mail. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.